No. 80–1477. CRUZ *v.* KNIGHT, DIRECTOR, UNITED STATES SECRET SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 80–1500. CLIPPER *v.* STARKEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–1503. DICKEY FARMS, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1506. ARIZONA FUELS CORP. ET AL. *v.* UNITED STATES. Temp. Emerg. Ct. App. Certiorari denied.

No. 80–1515. CUARON *v.* ESTRADA; DAWSON ET AL. *v.* HOLGUIN ET AL.; and CUARON *v.* MECHEM, U. S. DISTRICT JUDGE. C. A. 10th Cir. Certiorari denied.

No. 80–1540. PARTIDO NUEVO PROGRESISTA *v.* PEREZ, ADMINISTRATOR, PUERTO RICO ELECTIONS COMMISSION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–1551. GODERRE *v.* CITY OF PEEKSKILL ET AL. Ct. App. N. Y. Certiorari denied.

No. 80–1552. WILLIAMS *v.* BOORSTIN, LIBRARIAN OF CONGRESS. C. A. D. C. Cir. Certiorari denied.

No. 80–1564. FORT PITT STEEL CASTING DIVISION, CONVAL-PENN, INC. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–1566. GREAT ATLANTIC & PACIFIC TEA CO., INC. *v.* EWALD. C. A. 6th Cir. Certiorari denied.